19703.   SMITH *v.* SMITH.

HEAD, Justice.   There being in the present case no question which can properly be adjudicated without reference to the evidence, and there being no evidence in either the bill of exceptions or the transcript of the record, it will be assumed that the judgment of the court below is correct. *Ingram* v. *Clarke,* 96 *Ga.* 777 (22 S. E. 334); *Roberts* v. *City of Cairo,* 133 *Ga.* 642, 648 (66 S. E. 938); *Henriot* v. *Henriot,* 183 *Ga.* 510 (188 S. E. 684); *Eller* v. *Roan & Lamb,* 193 *Ga.* 877 (20 S. E. 2d 253); *McCaskill* v. *Parker,* 204 *Ga.* 398 (50 S. E. 2d 14); *Attaway* v. *Duncan,* 206 *Ga.* 230 (56 S. E. 2d 269); *Giles* v. *Peachtree Pantries,* 209 *Ga.* 536 (74 S. E. 2d 545); *Rowell* v. *Rowell,* 211 *Ga.* 127, 130 (84 S. E. 2d 23).

*Judgment affirmed. All the Justices concur.*

SUBMITTED MAY 15, 1957—DECIDED JUNE 10, 1957.

*J. Sidney Lanier,* for plaintiff in error.
*Barrett & Hayes,* contra.